**Ricky M. BOWMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79873**

Missouri Court of Appeals,
Western District.

ORDER FILED: September 12, 2017

Ryan Kaiser, Kansas City, MO, Counsel for Appellant.

Ellen Flottman, Columbia, MO, Co-Counsel for Appellant.

Karen Kramer, Jefferson City, MO, Counsel for Respondent.

Before Division One: James Edward Welsh, P.J., Lisa White Hardwick, and Gary D. Witt, JJ.

## ORDER

Per Curiam:

Ricky Bowman appeals the circuit court's denial, following an evidentiary hearing, of his motion for post-conviction relief pursuant to Rule 24.035, in which he sought to vacate his convictions based on a guilty plea to four counts of first-degree robbery (§ 569.020, RSMo 2000) and four counts of armed criminal action (§ 571.015, RSMo 2000). We affirm. Rule 84.16(b).